PER CURIAM.
Affirmed. See: Busser v. Sabatasso, Fla.App.1962, 143 So.2d 532; Sharp v. Dixon, Fla.App. 1971, 252 So.2d 805; De-Korwin v. First National Bank of Chicago, N.D.Ill.1959, 170 F.Supp. 112; Knickerbocker Life Insurance Co. v. Nelson, 1897, 78 N.Y. 137; Breunich v. Weselman, 100 N.Y. 609, 2 N.E. 385; U. T. Hungerford Brass & Copper Co. v. Brigham, 47 Misc. 240, 95 N.Y.S. 867; Empire Trust Co. v. Coleman, 85 Misc. 312, 147 N.Y.S. 740; Bishop v. Rider, 235 App.Div. 736, 255 N. Y.S. 787; In Re Grottola’s Estate, Sur.Ct. 1953, 124 N.Y.S.2d 85; Moore v. Plaza Commercial Corp., 9 A.D.2d 223, 192 N.Y. S.2d 770; Equitable Life Assurance Society of United States v. Kerpel, 38 Misc.2d 856, 238 N.Y.S.2d 1016.